NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KYLE PIERRE,                              )
                                         )
            Appellant,                    )
                                         )
v.                                       )          Case No. 2D18-5007
                                         )
STATE OF FLORIDA,                         )
                                         )
            Appellee.                     )
                                         )
_____  )

Opinion filed August 30, 2019.

Appeal from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Rachael E. Reese of O'Brien Hatfield,
Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and William Stone, Jr.,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.



LaROSE, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.